**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | 14-7149M |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Ismael Zazueta, ) | |
| ) | |
| Defendant. ) | |

This Court has received and considered Defendant's Joint Motion for Extension of Time to Indict (Doc. 8). The Motion will be denied for failing to comply with the requirements of 18 U.S.C. §3161(h)(8)(A) and (B) to obtain an extension of time to indict. See, United States v. Ramirez-Cortez, 213 F.3d 1149 (9th Cir. 2000).

DATED this 27th day of January, 2014.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge